IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

1983 NE JHC

CV-14-S-0006-NE

2014 JAN -2 P 12:30

Jerry Randolph McBee

Inmate Identification Number: 105694

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to Notify the clerk in writing of any address change.

Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Limestone Warden Dewayne Estes (Warden III) ET.AL
Assistance Warden D. Dorothy Goode (Warden I) ET.AL
Warden Jimmy Patrick (Warden II) ET.AL
Capt. Patrick Robison ET.AL

(Enter above full name(s) of the defendant(s)
in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( ✓ )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Jerry R. Randolph McBee

Defendant(s): Warden Estes, Warden Goode, Warden

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   Limestone Corr. Fac.

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )

C. If your answer is YES:

1. What steps did you take? I wrote to Warden, to no avail Also, I filed grievance to medical. They give me the "Run-Around"

2. What was the result? No reply. I filled out sick request form and KOP (Keep on person form). Inclosed is their answer on one form

D. If your answer is NO, explain why not? _____

2

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any. (The other plaintiffs say they will only testify to court-sent officials)

A.   Name of plaintiff(s) __Jerry Randolph McBee__

→ __Limestone Corr. Fac., 28779 Nick Davis Road; Harvest, Al. 35749__

Address _____

_____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant __Warden Dewayne Estes, ET.AL.__

is employed as __Warden__

at __Limestone Corr. Fac.; Harvest, Al. 35749__

C.   Additional Defendants __Dorthy Goode, Warden__
__Warden Jimmy Patrick     guard Rollett__
__Warden Dorthy Goode     guard Chestnut__
__Captain Patrice Robison__

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

(1) Extreme Deliberate Cruel Harassment and sexual embarrassment treatment

(2) Extreme Deliberate inhumane prison conditions

  ★ (See Attachments)

3

I CANNOT MAKE ZEROX COPIES OF THIS PLEA FOR THE JUDGE'S HELP.

**RELIEF** ($200,000) TWO-HUNDRED THOUSAND DOLLARS FROM DEFENDANTS TO PLAINTIFF TO PAY COURT COSTS

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① My life is definitely in danger. Please order my TRANSFER TO ANOTHER FACILITY.

② Order professional help to meet my medical need FROM medical STAFF.

③ Order ADOC to CORRECT conditions AT this FACILITY and TO TRANSFER me.

④ TO TRANSFER MENTALLY-ILL INMATES TO MORE APPROPRIATE FACILITY

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-30-13.

Jerry Mc Bee 105694 ; K-78-5A

Signature(s)

4

# STATEMENT

Name of Person Making Statement: Jerry R. McBee
A.I.S. #: 105694
Date: 12-30-13

I declare that the following statement is made of my own free will without any promise or hope of a reward or fear of threat of harm and without coercion and it is based upon my personal knowledge of the facts stated:

Extreme, deliberate, cruel and unusual harassment and sexual misconduct by prison officials at Limestone Corr. Fac. (I am willing to take lie-dector test. I have plenty of witnesses, but they are afraid to testify, except by private investigation)

These LCF guards took much of my legal work. Tore apart (1) one eye glass case and broke another, then told me they (guard Rollett) were "going to run me into a brick wall." (at least (30) thirty inmate witnesses)

My life is in danger at this LCF camp.

I am being harassed and denied medical services. ★ One inmate at this camp has long cuts on his face because of skin cancer, the medical refuses to give him sunscreen.

Guards also took my medical KOP container, I brought with me from Staton Corr. Fac.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.
Date Executed: 12-30-13

Signature of Declarant: Jerry McBee 105694
K-78-5A
Limestone C/F

Page ___ of ___

Some of the Inhumane conditions at Limestone Corr. Fac. (Sprinklers corroded, painted over)

① No fire exits. No fire extingushers in K-Dorm. No smoke detectors. If fire starts and electricity goes off, inmates will be stuck inside because electric operated exit doors will not work.

② Extreme overcrowded. (especially K-Dorm)

③ Deception of Al. Dept. of Corr. to visitors: Commissioner Kim Thomas, two Limestone Corr. Fac. Wardens lead two visitors (court sent, I don't know) into a much less crowded dorm but did not let them see inhumane conditions in other places (especially K-dorm.)

④ ADOC has been out of shaving cream for months and months for indigent inmates.

⑤ Mentally ill inmates smear feces, used toilet paper all over restrooms. A continual big mess, and disease.
★ Unless visitors announce they are coming here to inspect.

⑥ Continual loud, excessive noise and yelling (especially in K-dorm).

⑦ Only (4) four toilets (no urinals) for (66) sixty-six inmates.

⑧ Only (2) showers because (2) two showers have no curtains.

⑨ Push-buttons on face basins are worn completely out and do not properly work. Most, not at all.

⑩ Water tempertures continually change.

⑪ Dorm room tempertures are continually changing hot/cold, hot/cold. (One inmate in K-Dorm testified that he has been sick for (13) thirteen years because of the constant-changing tempertures and poor ventilation, etc.

⑫ Grease on spoons and white substance on glasses in chow hall.

⑬ Forced to eat cancer-causing agents in food. (I ate one plate of food seasoned so hot, I had severe, sharp stomach pains for (3) three days.)

⑭ Recently, the shift office said they were out of toothpaste.

⑮ Insects, spiders, etc.

⑯ Exposure to behavior of Mentally-ill inmates and homosexuals

⑰ Malpractice and negligence from health-care unit.

⑱ No religious freedom. Only the chaplains beliefs.

⑲ Exposure to continual second-hand smoke

⑳ Inmate work in kitchen (and staff) not tested for diseases.

12-30-13   Jerry McBee

NG 21

Correctional Medical Services    DEC 1 6 2013

☑ Medical Grievance          ☐ Medical Grievance Appeal

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Jerry R. McBee    105694         K-78-5A         12-16-13
NAME              AIS #          UNIT            DATE

**PART A—Inmate Grievance**

With Respect,
I have been trying to get renewed and refill of my KOP Sunscreen to avoid sunburn, blisters, skin cancer, etc. but to no avail. I had to use sunscreen in the Freeworld. I am light complected. May I now get a refill and renewal of my KOP Sunscreen.

Jerry McBee
INMATE SIGNATURE

[Margin notes: "Forget the Dentist until I can get some sunscreen Thanks" / "Also there are no self-help forms in the dorm, no KOP forms either Kiddum"]

**PART B –RESPONSE**           DATE RECEIVED  12/24/13

Sir,
You need a provider to write for the sunscreen.

[signature] NHS
CMS Department Head Signature
12/24/13
DATE

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I  Quality of Onsite Care | ☐ | VI  Timeliness of Specialty Care |
| ☐ | II  Quality of Specialty Care | ☑ | VII  Medication Issues |
| ☐ | III  Access to Onsite Care | ☐ | VIII  Treatment and Testing Issues |
| ☐ | IV  Access to Specialty Care | ☐ | IX  Care Staff Conduct |
| ☐ | V  Timeliness of Onsite Care | ☐ | X  Other |

AL-7147-CMS Inmate Grievance                    Original Medical File - Yellow to Patient

One Example of Medical Staff at Limestone C/F.

You should understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee. You will be seen and services will be provided that are appropriate and deemed necessary. Health service staff does not collect the co-pay fees nor do the monies collected go to the medical provider. If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your account until this is cleared. A negative balance will follow you from institution to institution upon transfer. When you seek health services, you will be asked to sign a co-pay sheet. If it is deemed that you do not owe for the services your account will not be charged and if a false charge is made you will be refunded. Again, we do not care if you have money in your account to pay or not. We will see you. If you do have money and are eligible to be charged the co-pay fee this will occur. If the health care unit initiated the request for you to be seen, there is no charge.

Mental health, dental, medical and chronic care clinics and many other health services are available. We wish you a healthy stay. If you need medical service, we want you to understand how these services are obtained.

## Pill Call:

We follow the Provider's orders when dispensing medication dosage and time. If over the counter medication is given by health services, it is through the order of a Provider.

Be aware that certain medications are not KOP and are received at the Healthcare Unit during normal pill call times, as ordered by the provider.

### Pill Call Times:

**Psyche Pill Times:**
A side: 9:00 pm in HCU
B side: 9:00 pm in HCU
C side: 9:00 pm in HCU

**Diabetic Times: POP**
Morning: 3:00 am
Evening: 3:00 pm

**Segregation Times:**
E dorm   8:00 am, 4:00 pm and 11:00 pm
Sick Call: 8:00 am
B and G dorms: 4:30 am, 7:00 am, 11:00 am,
4:30 pm, 6:00 pm, 9:00 pm
Sick Call: 10:00 am

**POP Times:**
Morning: 5:00 am to 6:00 am
Noon: 11:30 am to 12:30 pm
Evening: 5:15 pm to 6:15 pm
Sick Call: 8:00 am

**F Dorm:**
3:00 am, 11:00 am 3:00 pm

**H Dorm:**
4:00 am, 11:30 am, 4:00 pm

**Population KOP:**
Monday, Tuesday, Thursday & Friday
8:00am – 11:00 am

## Sick Call:

When you come to the Healthcare Unit for sick call, first see the cube officer for a number. Have your sick call slip turned in by 10 am Monday through Friday and you will be seen within 48 hours at sick call time. If you turn in a sick call on Saturday or Sunday, you will probably be seen on Tuesday or Wednesday.

Mental health, eye doctor and dental screening requests are processed and appointments are scheduled. Your name will be in the newsletter. Use regular sick call slips and put them in the sick call box. The eye doctor comes here once a month.

The Nurses do not know when you will see the dentist, mental health or nurse practitioner. If you need something for tooth pain, please fill out a sick call slip. Tooth pain is not an ER visit. Sign up for sick call PLEASE.

Sick Call is done at 8:00am Monday thru Friday, except on Wednesday it is at 1:00pm. When filling out a sick call slip, please put only one problem on a slip. Even if you put 3 or 4 things on one sick call slip only one will be addressed. We will address no more than one.